SAO
**JAMES F. HOLTZ, ESQ.**
Nevada Bar No. 8119
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, NV 89025
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
WALGREEN CO.
SAO

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARIA DE LA LUZ MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WALGREEN CO., a foreign corporation; DOES I through X, inclusive and ROE CORPORATIONS XI through XX, inclusive,<br><br>　　　　Defendant. | Case No.: 2:18-cv-01356-JCM-PAL |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, MARIA DE LA LUZ MARTINEZ, and Defendants, WALGREEN CO, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

1

No trial date has been set.

June 6, 2019                          June ___, 2019

**HEATON & ASSOCIATES, PLLC**         **RANALLI ZANIEL FOWLER & MORAN, LLC**

_____           _____
**JARED F. HERLING, ESQ**             **GEORGE M. RANALLI, ESQ.**
Nevada Bar No.: 13350                 Nevada Bar No.: 5748
5785 Centennial Center                **JASON ANDREW FOWLER, ESQ.**
Blvd, Suite 240                       Nevada Bar No. 8071
Las Vegas, NV  89149                  2400 W. Horizon Ridge Parkway
Attorney for Plaintiff                Henderson, Nevada 89052
                                      Attorney for Defendants

2

No trial date has been set.

June \_\_\_, 2019                                    June  5 , 2019

**HEATON & ASSOCIATES, PLLC**                        RANALLI ZANIEL FOWLER & MORAN, LLC

_____                      _____
**JARED F. HERLING, ESQ**                            **GEORGE M. RANALLI, ESQ.**
Nevada Bar No.: 13350                                Nevada Bar No.: 5748
5785 Centennial Center Blvd, Suite 240               **JASON ANDREW FOWLER, ESQ.**
Las Vegas, NV  89149                                 Nevada Bar No. 8071
Attorney for Plaintiff                               2400 W. Horizon Ridge Parkway
                                                     Henderson, Nevada 89052
                                                     Attorney for Defendants

2

## ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all of the Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice; each party to bear their own fees and costs.

Dated: June 17, 2019.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

**RANALLI ZANIEL FOWLER & MORAN, LLC**

_____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No.: 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052

3